**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TYRONE LEE FUTRELL, SR.**                                                            **PLAINTIFF**

v.                              **CASE NO. 3:13CV00144 BSM**

**OSCEOLA POLICE DEPARTMENT**                                            **DEFENDANT**

**ORDER**

Plaintiff Tyrone Lee Futrell was granted leave to proceed *in forma pauperis* and was directed to pay an initial partial filing fee of $40 in this case. Futrell has complied and paid the partial filing fee. Accordingly, the clerk is directed to prepare summons for the defendant, and the United States Marshal is hereby directed to serve a copy of the complaint [Doc. No. 2] and summons on the defendant.

IT IS SO ORDERED this 8th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE