**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TYRONE LEE FUTRELL, SR.**                                          **PLAINTIFF**

v.                              **CASE NO. 3:13CV00144 BSM**

**OSCEOLA POLICE DEPARTMENT**                              **DEFENDANT**

**JUDGMENT**

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of February 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE