IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TYRONE LEE FUTRELL, SR.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:13CV00144 BSM**

**OSCEOLA POLICE DEPARTMENT**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of February 2014.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE